KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSALIE TUPPER, | ) Case No. |
| Plaintiff, | ) Alaska District Court Case |
| v. | ) No. 3 HO-09-006 Civil |
| SELDOVIA VILLAGE TRIBE HEALTH CENTER, | ) **NOTICE OF REMOVAL** |
| Defendant. | ) |

Defendant Seldovia Village Tribe Health Center, by and through the United States Attorney's Office, gives notice to this Court of the removal of this action from the District Court for the State of Alaska, Third Judicial District at Homer. The notice is based on the following:

1. Plaintiff filed her Complaint against the Defendant in the District Court for the State of Alaska at Homer. Plaintiff has alleged a tort claim against the Defendant alleging that Defendant committed malpractice in providing dental care to the Plaintiff and seeking compensatory damages for personal injury and economic losses. A copy of the Complaint is attached with this Notice.

2. United States Attorney for the District of Alaska, Karen L. Loeffler, has certified that, with respect to the allegations in Plaintiff's Complaint regarding the dental services provided to Plaintiff, Defendant Seldovia Village Tribe Health Center is deemed to be an employee of the Federal Government for purposes of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, under the Public Health Services Act, 42 U.S.C. § 233(g)-(h), as amended by the Federally Supported Health Centers Assistance Act of 1995 ( Pub. L. No. 104-73). The Certification of the U.S. Attorney is filed with this notice.

3. The Federal Tort Claims Act, 28 U.S.C. § 2679(d)(2), provides that, upon certification by the Attorney General that the Defendant employee was acting within the scope of its federal employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed at any time before trial to the district court of the United States for the district in which the action is pending.

4.      This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1442, 1446 and 28 U.S.C. § 2679(d)(2). Under 28 U.S.C. § 2679(d)(2), no bond is required to be filed with this Notice of Removal.

5.      A Notice of Filing Removal of a Civil Action together with a copy of this Notice are being filed in the state court where the action is pending.

Respectfully submitted this 18th day of March, 2009.

                                        KAREN L. LOEFFLER
                                        United States Attorney

                                        s/Gary M. Guarino
                                        Assistant U.S. Attorney
                                        222 West 7th Ave., #9, Rm. 253
                                        Anchorage, AK 99513-7567
                                        Phone: (907) 271-4264
                                        Fax: (907) 271-2344
                                        E-mail: gary.guarino@usdoj.gov
                                        AK# 8209092
                                        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the **Notice of Removal** was sent to the following counsel via U.S. Mail:

Rosalie Tupper
4088 West Hill Road
Homer, AK 99603

Executed at Anchorage, Alaska, on March 18, 2009.

s/ Gary M. Guarino

3