IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT HOMER

ROSALIE J. TUPPER Plaintiff(s),

vs.

~~Betty Noble Hygienist~~
SELDOVIA VILLAGE TRIBE Defendant(s).
HEALTH CENTER

CASE NO. 3HO-09-6 SC

COMPLAINT

Plaintiff ☐ is a corporation that has paid its taxes due the state and filed its required reports.
☒ is not a corporation.

Defendant is indebted to the plaintiff in the principal amount of $ 4350.04
plus interest and court costs as a result of SVT MALPRACTICE STEMMING FROM LOSS OF INTEGRAL TOOTH BROKEN BY DENTIST WHO SUBSEQUENTLY IGNORED REQUESTS FOR CARE AS IT ABSCESSED, AND CHARGING FOR ITS EXTRACTION BY ANOTHER SVT DENTIST
which occurred at or near HOMER , Alaska, on
or about MAY 27, 2008 TO DECEMBER 1, 2008.
(month/day/year)

Plaintiff has demanded relief from the defendant, but defendant has failed to comply. Plaintiff requests small claims procedure, gives up the right to a jury trial and formal procedure in this case, and waives all of this claim which exceeds $10,000. If the court enters an order applying the formal Rules of Civil Procedure rather than the Small Claims Rules to this action, this waiver will be null and void. This action is filed at a court which will not cause unnecessary expense or inconvenience to the defendant and is the court nearest to: (Check applicable boxes.)

☒ the residence or place of employment of defendant.
☒ where personal injury or property damage occurred.
☒ where the defendant does or solicits business.

JANUARY 6, 2009
Date

ROSALIE J. TUPPER
Print Name and Title (if applicable)

Rosalie J. Tupper
Plaintiff (Signature)

4088 WEST HILL RD, HOMER AK 99603
Mailing Address    City    State    ZIP

(907) 235-7958
Home Phone    Work Phone

Instructions: If you are filing documents supporting your claim (for example: promissory notes, checks, receipts, bills), you must also attach a copy of each document for each defendant.

SC-1 (9/04)(st.3)
COMPLAINT
Dist. Ct. Civ. R. 10(a) and 12(a)
AS 10.06.848

*To whom it may concern:*

After establishing that I could no longer afford my long time dentist, Ed Todd, and that I qualified for somewhat reduced dental care expenditures, I had a consultation appointment April 10, 2008 with SVT's Dr. Larry Johnston. In it, I stressed that I disliked my upper partial and wanted very much to preserve the existing chewing teeth as opposed to dentures.

On May 27 Dr. Johnston numbed the area of #13, an anchor for my partial, broke the tooth with instruments and sent me, unaware, on my way. The immediate subsequent appointment (June 30), I mentioned sensations from that work, but was assured "normal ...they'll go away." Probably by September 30, it hurt to chew. October was conflicted with a somewhat impromptu scheduling for my daughter's second opinion (cancer) trip to Seattle. I tried to schedule something the third week of October before looming November jury duty, but was unable to talk to anyone, and my phone messages were not returned. Not business-like, and perhaps Dr. Johnston wanted to get out of "Dodge" before having to deal with his malpractice. By November the tooth was abscessing, and with Dr. Richardson's suggestion that antibiotics were a concern for future dental work (Johnston could care less) with a three year-old hip replacement, I decided it prudent right now--for if ever I had a threatening infection, it was now. The tooth curiously half falling out, Dr. Richardson's X-ray revealed the breakage.

I guess you get what you pay for, and for a normal person with an abundance of teeth, losing one is no big deal. But for me it puts me in a no-win situation-- big expense if I want to eat.

Dr. Richardson has been thoughtful and professional-- but whether or not SVT has liability insurance, I maintain they should pay for an implant--or equivalent expense--to replace that tooth.

*[signature]*

4088 West Hill Road
Homer, Alaska 99603
December 9, 2008

TO WHOM IT MAY CONCERN:

Before Dr. Lawrence Johnston laid hands on, tooth #13 was a functioning chewing tooth, an anchor for a partial plate, and part of an unembarrassed smile. It's now SVT history.

Dr. Bill Richardson is in possession of my letter of December 1, 2008 (see enclosure). He is the new dental director for Seldovia Village Tribe, and in our conversation, I expected him to present my claim to the party controlling corporate liability and get back to me in a timely manner. A week has gone by, but apparently I don't merit a reply.

"The buck stops here" with SVT although Dr. Richardson implied that Dr. Johnston was responsible and is no longer an affiliate. I have noted the numerous failed attempts to deal with Johnston. He knew why my tooth was abscessing, shirked responsibility exitting Homer without a care for a 70 year-old woman.

Johnston didn't care that my tooth's infection could travel to the site of my hip replacement. (Yes, I know a gentleman who had devastating repercussions from this.)

As stated, Dr. Richardson's X-ray revealed to me the cause of my problems. Damage control ensued. Can you believe Dr. Richardson's gall charging me when SVT was at fault?

So we have the botched procedure 5/27 @ $113; the bite-wing X-ray of 11/12 @17.85; the antibiotics, 11/13 @ $11.99: the extraction of remnants of the abused tooth 12/1 @ $207.20. An estimate to replace that tooth with an implant is between $1500 to $3000. For our purposes let's say $2250.
$3000  $5000                                                  $4000

I am not a litigious person, but I feel any entity should be held accountable for having such little regard for a patient's wishes and well-being. And Dr. Richardson is also party to profits over ethics.

Me? I owe no one money. A former teacher, I am now a senior citizen on fixed income coping with inflation. Responsible and civic-minded, I have two daughters--one a candidate to be

an Anchorage high school principal, the other an attorney. Above all, I strive to be frugal and self-sufficient: shoveling my own driveway, perming my own hair, largely doing my own construction. (Could it be that I broke tooth #13 by hitting my upper left jaw with a ballpeen hammer?) I can ill-afford this unjust insult. The false economy of SVT is having me pay 10-fold over mainstream dentistry-- never mind the pain and suffering.

"First, do no harm." Second, don't try to cover it up.

If Seldovia Village Tribe has not agreed, by December 15, 2008, to pay me $2600.04 $4350.04, I will proceed with court action.

Sincerely,

Rosalie Tupper

Received

Dr William E Michuch, DMD

Date 12/09/2008

Reviewed by Dr Richach as requested by pt. Pt asked me to document on this letter that I have seen the letter.
Dr William E Michach
12/09/2008

SYNOPSIS OF EVENTS FOLLOWING MY LETTER OF DECEMBER 8, 2008

12/11. Met briefly with SVT manager, Ms. Noble and their human resources person. I had no further information, but said they had time to submit claim to an overseeing entity as they said they wanted to.

12/18 Phone message from Dr. Richardson. Left return message.
12/19 Was informed that Monday he'd be available.
12/22 Dr. Richardson outlined work to be done on tooth#5, and said I'd be receiving a letter from SVT, but wouldn't divulge contents. I said whether I would keep 12/29 appontment depended on the letter's contents.
12/24 Picked up certified letter.
12/26 Phone reminder of December 29 appointment. I called saying I would be unable to keep the appointment.

REBUTTAL TO DR. RICHARDSON'S LETTER OF DECEMBER 18, 2008:

Seldovia Village Tribe's letterhead motto reads: "Compassionate Care for Our Community"
(1) I did not "request" a review of treatment history, but can add that I've had yearly professional dental care coupled with what SVT's hygenist noted was good personal care. Dr. Johnston, and later his replacement, Dr. Richardson, both termed my existing teeth "sound". (I have a full complement of bottom teeth). Yes, I wanted to keep those teeth, but asked if in his professional opinion, Dr. Johnston thought it foolhardy and that I should get dentures. I trusted Johnston's opinion, his interpretation of X-rays, familiarity with the procedure and tools of the trade, and most importantly, his ability.

(2) "A review of treatment history shows that the decayed area was repaired in a manner that was expedient and cost efficient." Repair? Dr. Richardson's X-ray left no question that Johnston BROKE THE TOOTH. Cost efficient? It cost me upwards of $5,000.

"Compassion"? Dr. Johnston succeeded in delaying and denying my requests for follow-up treatment. In my stoic naivete, I didn't know what was causing that infection, an infection that could have caused serious medical problems as well. He succeeded in retiring to Pennsylvania.

Adding to the cover-up insults was that Dr. Richardson charged for the extraction of remnants of that abused tooth. He expresses "concern" for remaining teeth, when, thanks to SVT, I don't have enough of them to give them any more "chump change".

#13 was an important tooth--but a tooth is an inanimate object and it appears that SVT's only defense is "blame the tooth"... not the perpetrators.